UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22634-CIV-UNGARO/SIMONTON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**SHEILA HUSSAIN,**

    Defendant.

_____/

## ORDER

Presently pending before the Court is Plaintiff's Motion to Strike Defenses and Prohibit Introduction of Documentary Evidence (DE # 31). The Motion is fully briefed (DE ## 41-42) and referred to the undersigned Magistrate Judge (DE # 43). Based upon a thorough review of the record as a whole it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion (DE # 31) is **GRANTED IN PART AND TAKEN UNDER ADVISEMENT IN PART** as follows:

    1.    On or before June 30, 2008, Defendant shall respond to each and every interrogatory served by Plaintiff "separately and fully in writing." Fed. R. Civ. P. 33(b). Defendant is reminded that "[a]n interrogatory is not objectionable merely because it asks for an opinion or contention that relates to fact or the application of law to fact." Fed. R. Civ. P. 33(a)(2). Moreover, Defendant is required to respond to the interrogatories by providing all of the "information available to [her] *through [her] attorney* whether personally known to [her] or not." *Essex Builders Group, Inc. v. Amerisure Ins. Co.*, 230 F.R.D. 682, 685 (M.D. Fla. 2005) (internal modifications omitted). Defendant's failure to set forth specific facts supporting her affirmative defenses in her

responses to Plaintiff's interrogatories shall preclude Defendant from relying on those facts at trial.

2. On or before June 30, 2008, Defendant shall produce all documents within her possession, custody or control that are responsive to Plaintiff's requests for production. Defendant shall not be permitted to introduce any document at trial that is not produced on or before June 30, 2008.

3. In light of the impending dispositive motions deadline and trial date, Defendant's discovery responses must be (i) served on Plaintiff, (ii) filed with the Clerk of the Court, and (iii) a copy must be delivered to the chambers of the undersigned Magistrate Judge on or before 5:00 p.m. on June 30, 2008 by hand-delivery or messenger service, if necessary. This Order supersedes any allowances for extra time due to mailing or service of documents that might otherwise be applicable pursuant to the Federal or Local Rules.

4. At the present time, the undersigned defers ruling upon Plaintiff's requests for further sanctions, such as the striking of affirmative defenses and prohibiting the introduction of documentary evidence.

**DONE AND ORDERED** in chambers in Miami, Florida on June 24, 2008.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Ursula Ungaro,
    United States District Judge
All counsel of record